**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2515**

In Re: GABRIEL NEAL, a/k/a Doty, a/k/a Rodney, a/k/a Rondey,

        Petitioner.

On Petition for Writ of Mandamus.
(3:08-cr-00259-RJC-DCK-9; 3:12-cv-00253-MR)

Submitted:  February 28, 2014      Decided:  April 17, 2014

Before KEENAN and WYNN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Gabriel Neal, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gabriel Neal petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court entered an order granting summary judgment in favor of Respondent on January 16, 2014. Accordingly, because the district court has recently decided Neal's case, we deny the mandamus petition as moot. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED